**No. 10-6343 (10A267). Cal Coburn Brown, Petitioner v. Washington.**

561 U.S. 1054, 131 S. Ct. 58, 177 L. Ed. 2d 1148, 2010 U.S. LEXIS 5730.

September 10, 2010. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Washington, King County, denied.

**No. 09-10588 (R46-027). Ruben Rangel-Ibarra, Petitioner v. United States.**

561 U.S. 1055, 131 S. Ct. 59, 177 L. Ed. 2d 1148, 2010 U.S. LEXIS 5731.

September 14, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 376 Fed. Appx. 455.

**No. 09-1429 (R46-028). Rosemary Di-Lacqua, Petitioner v. United States.**

561 U.S. 1055, 131 S. Ct. 59, 177 L. Ed. 2d 1148, 2010 U.S. LEXIS 5732.

September 14, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Third Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

**No. 09-1248 (R46-029). Narricot Industries, L.P., Petitioner v. National Labor Relations Board.**

561 U.S. 1055, 131 S. Ct. 59, 177 L. Ed. 2d 1148, 2010 U.S. LEXIS 5733.

September 16, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 587 F.3d 654.

**No. 09-1397 (R46-030). Shirley M. Lewis, et al., Petitioners v. National Labor Relations Board, et al.**

561 U.S. 1055, 131 S. Ct. 59, 177 L. Ed. 2d 1148, 2010 U.S. LEXIS 5734.

September 16, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 587 F.3d 654.